

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00105-CV

New LifeCare Hospitals of South Texas, L.L.C.
v.
RCBS, L.P.

On appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-3353-17-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

November 29, 2018